# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| v. | ) | Case No.: CR 09-24-06-RAW |
| | ) | |
| BILLY JOE GREEN, aka Bill Bill, | ) | Date: August 24, 2009 |
| Defendant(s). | ) | |
| | ) | |

## MINUTE SHEET - WAIVER OF INDICTMENT/PLEA

Kimberly E. West, Judge          N. Horn, Deputy Clerk          Ken Sidwell, Court Reporter
                                                                FTR - Courtroom 3

Counsel for Plaintiff:   Robert Wallace   , AUSA
Counsel for Defendant:  J. David Ogle,   , Retained
Defendant appears in person: [X] with Counsel;  [] Counsel waived;  [] w/o Counsel;
Defendant:  [X] Sworn
[X] Consent to Proceed before U. S. Magistrate Judge executed by defendant and filed.

Defendant waived:    [X] Indictment; [X] Jury Trial; [] Speedy Trial; [] 30 Days Preparation;
        [X] Waivers approved by Court
[X]  Defendant advised of charges and possible penalties

[X] Government stated estimate of guidelines ; defendant agreed with Government's estimates

[X] Defendant entered guilty plea to Count(s)  1 & 2    of the  Information

[X] Plea Agreement:   [X] orally disclosed     [X]  written plea agreement filed **under seal**

[X] Motion for Additional One Point Reduction for Acceptance of Responsibility will be filed by Government

[X] Remaining Count(s) to be dismissed at sentencing

[X] Defendant related facts of charge;  [X] Government agreed Defendant's statements meet elements of offense

[X] Defendant waived right to having jury determine facts used to enhance Defendant's sentence and consents to the sentencing judge to determine those facts

[X] Court findings:    [X] Factual basis for Defendant's plea;
                       [X] Defendant found mentally competent to understand charges and proceedings
                       [X] that Defendant is guilty as charged as to Count(s)  1 & 2    of the  Information

[X] PSI Ordered       Probation Officer: Nancy Perryman
[] Defendant released on _____ bond with pretrial supervision as outlined in the Order Setting Conditions
        of Release
[] Defendant allowed to stand on present bond;   [] Government stipulates, findings made
[X] Defendant remanded to custody of U.S. Marshal


                                                Total Court Time:   18 minutes