# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| *Plaintiff*, ) | |
| vs. ) | Case No. CR-09-024-RAW |
| ) | |
| **BILLY JOE GREEN,** ) | |
| ) | |
| *Defendant*. ) | |

## MOTION FOR ADDITIONAL ONE POINT REDUCTION
## FOR ACCEPTANCE OF RESPONSIBILITY

**COMES NOW** the plaintiff, the United States of America, by and through Sheldon J. Sperling, United States Attorney, and Rob Wallace, Assistant United States Attorney, and moves this Honorable Court to grant an additional one level reduction in the advisory guideline sentence range for timely acceptance of responsibility thereby permitting the government to avoid preparing for trial and allowing the Court to allocate its resources efficiently pursuant to U.S.S.G. § 3E1.1(b).

    Respectfully submitted,

    SHELDON J. SPERLING
    United States Attorney

    s/Rob Wallace
    ROB WALLACE, OBA #13130
    Assistant United States Attorney
    1200 West Okmulgee
    Muskogee, OK 74401
    (918) 684-5100 (telephone)
    (918) 684-5150 (facsimile)
    Rob.A.Wallace@usdoj.gov (e-mail)

## CERTIFICATE OF SERVICE

      I, hereby certify that on August 25, 2009, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:   J. David Ogle

      _____

      s/Rob Wallace