# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff,* ) | |
| vs. ) | Case No. CR-09-024-RAW |
| ) | |
| BILLY JOE GREEN, ) | |
| aka Bill Bill, ) | |
| ) | |
| *Defendant.* ) | |

FILED
MAY 19 2010
WILLIAM B. GUTHRIE
Clerk, U.S. District Court
By_____ Deputy Clerk

## MOTION FOR LEAVE TO DISMISS

Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, plaintiff hereby moves the Court for leave to dismiss without prejudice the Indictment in the above-styled cause against defendant Billy Joe Green. Defendant Green has pled guilty to an Information and further prosecution is deemed unwarranted.

Respectfully submitted,

SHELDON J. SPERLING
United States Attorney

*/s/ Rob Wallace*

ROB WALLACE, OBA #13130
Assistant United States Attorney
1200 West Okmulgee
Muskogee, OK 74401
(918) 684-5100 (telephone)
(918) 684-5150 (facsimile)
Rob.A.Wallace@usdoj.gov (e-mail)

LEAVE FOR FILING GRANTED:

*/s/ Ronald A. White*

RONALD A. WHITE
UNITED STATES DISTRICT COURT JUDGE